AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| SANDRA MARIEL PEÑA DE LA ROSA,<br><br>*Plaintiff(s)*<br>v.<br>LOVELY BEAUTY 167 CORP. dba<br>LOVELY BEAUTY SUPPLY, and<br>CARLOS CACERES, individually,<br><br>*Defendant(s)* | Civil Action No. 25 cv 998 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LOVELY BEAUTY 167 CORP. dba        CARLOS CACERES
LOVELY BEAUTY SUPPLY                 221 East 167th Street
221 East 167th Street                Bronx, New York 10456
Bronx, New York 10456

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Cilenti & Cooper, PLLC
   60 East 42nd Street - 40th Floor
   New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/05/2025   Tammi M. Hellwig    /s/ J. Gonzalez
                                       *Signature of Clerk or Deputy Clerk*