UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

SANDRA MARIEL PENA DE LA ROSA,

                **Plaintiff,**

       -against-                          1:25-cv-00998 (ALC)

LOVELY BEAUTY 167 CORP. and           ORDER
CARLOS CACERES,

                **Defendants.**

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      On March 21, 2025, Plaintiff filed a letter with this Court requesting a pre-motion conference on a proposed motion for dismiss Defendants' counterclaims. ECF No. 9. Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must, within three business days, submit a letter, not to exceed three pages, setting forth its position. Accordingly, Defendants are **ORDERED** to respond to the Plaintiff's letter motion by **April 7, 2025**, indicating their position.

**SO ORDERED.**

**Dated:   April 3, 2025**
          **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**