UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

**SANDRA MARIEL PENA DE LA ROSA,**

                                **Plaintiff,**

        **-against-**

**LOVELY BEAUTY 167 CORP. and
CARLOS CACERES,**

                              **Defendants.**

------------------------------------------------------- x

**1:25-cv-00998 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the request from Plaintiff for a pre-motion conference in relation to her anticipated motion to dismiss Defendants' counterclaims. ECF No. 9. Plaintiff's request for a pre-motion conference is **DENIED**. Plaintiff is **GRANTED** leave to file a motion to dismiss. Unless the parties jointly submit an alternative, the Court sets the following briefing schedule:

      Plaintiff's opening brief due by **April 29, 2025**

      Defendants' opposition due by **May 20, 2025**

      Plaintiff's reply due by **June 3, 2025**

**SO ORDERED.**

**Dated:**   **April 8, 2025**
            **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**