MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 06/10/2025

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165

Telephone (212) 209-3933
Facsimile (212) 209-7102

June 10, 2025

**STATUS REPORT**

**BY ECF**

Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                    **Re:   Pena de la Rosa v. Lovely Beauty 167 Corp.**
                           **Case No. 25 Civ. 998 (ALC)**

Dear Judge Carter,

     We are counsel to plaintiff Sandra Mariel Pena de la Rosa in the above-referenced action brought pursuant to the Fair Labor Standards Act and New York Labor Law. We write to report that the parties settled the entire case at mediation and are preparing a settlement agreement to submit for approval. We have consented to have the settlement reviewed by the Magistrate Judge [Docket 17]. We respectfully withdraw the pending motion in light of the settlement. Thank you for your consideration of this case.

                                   Respectfully submitted,

                                     CILENTI & COOPER, PLLC

                    By: *Peter Hans Cooper*
                                  Peter Hans Cooper, Esq.

cc:    Defense Counsel (Via ECF)

SO ORDERED: */s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
June 10, 2025
New York, NY