UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SANDRA MARIEL PEÑA DE LA ROSA,

                Plaintiff,

    -against-

LOVELY BEAUTY 167 CORP., et al.,

                Defendants.

------------------------------------------------------------------X

25-CV-00998 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/2025

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties settled the case at mediation. ECF No. 18. The parties have consented to my jurisdiction. ECF No. 20. By June 25, 2025, the parties are ORDERED to submit the executed settlement agreement and a cover letter stating why the Court should approve the settlement. The cover letter should address the factors set forth in Wolinsky v. Scholastic Inc., 900 F. Supp. 2d 332 (S.D.N.Y. 2012), and other case law evaluating settlements under the Fair Labor Standards Act. The settlement agreement shall be filed publicly on ECF unless a party can establish a basis for sealing these documents under the standard set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006).

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:    June 11, 2025
              New York, New York