UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SANDRA MARIEL PEÑA DE LA ROSA,

                                  Plaintiff,

              -against-

LOVELY BEAUTY 167 CORP., et al.,

                                Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2025

25-CV-00998 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      In this Fair Labor Standards Act case, the parties agreed to the terms of settlement in principle and submitted a proposed settlement for the Court's review, pursuant to <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015). ECF No. 23. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:      July 1, 2025
                 New York, New York